1  ADAM K. BULT, ESQ., Nevada Bar No. 9332
   abult@bhfs.com
2  TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
   tchance@bhfs.com
3  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   100 North City Parkway, Suite 1600
4  Las Vegas, NV 89106-4614
   Telephone: 702.382.2101
5  Facsimile:  702.382.8135

6  *Attorneys for Plaintiffs*,
   CANTERS DELI LAS VEGAS, LLC and
7  CANTERS DELI TIVOLI VILLAGE LLC

8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10  CANTERS DELI LAS VEGAS LLC, a citizen   | CASE NO.:  2:18-cv-01908-KJD-NJK
    of the state of California; and CANTERS
11  DELI TIVOLI VILLAGE LLC, a citizen of the | **STIPULATION AND [PROPOSED]
    State of California,                      | ORDER TO EXTEND RESPONSE AND
12                                            | REPLY DEADLINES IN
        *Plaintiffs*,                         | CONNECTION WITH DEFENDANT
13                                            | FREEDOMPAY, INC.'S MOTION TO
    v.                                        | DISMISS OR, IN THE ALTERNATIVE,
14                                            | TO TRANSFER VENUE TO THE
    BANC OF AMERICA MERCHANT                  | EASTERN DISTRICT OF
15  SERVICES, LLC, a citizen of the States of | PENNSYLVANIA
    Delaware and Georgia; BANK OF AMERICA,
16  N.A., a citizen of the State of North Carolina; | [FIRST REQUEST]**
    FREEDOMPAY, INC., a citizen of the States
17  of Delaware and Pennsylvania; and DOES 1
    through 10,
18
        *Defendants*.
19

20       Plaintiffs CANTERS DELI LAS VEGAS LLC and CANTERS DELI TIVOLI VILLAGE

21  LLC (together, "Canters"), and Defendant FREEDOMPAY, INC. ("FreedomPay"), by and

22  through their undersigned counsel of record, hereby stipulate and agree to extend the response

23  and reply deadlines in connection with Defendant FreedomPay, Inc.'s Motion To Dismiss or, in

24  the Alternative, to Transfer Venue to the Eastern District of Pennsylvania filed on November 8,

25  2018 (Motion to Dismiss"), as follows:

26       WHEREAS, the current deadline for Canters to file a response to FreedomPay's Motion to

27  Dismiss is November 26, 2018.

28       WHEREAS, on November 21, 2018, given that Canters' response deadline immediately

                                    1

follows the Thanksgiving holiday, counsel for Canters and FreedomPay conferred and reached an agreement to extend the deadline for Canters to file and serve a response to FreedomPay's Motion to Dismiss up to and including December 3, 2018. The parties have also agreed to extend FreedomPay's reply deadline through December 10, 2018. This is the parties' first request for an extension of time.

THEREFORE, in consideration of the foregoing, the parties request that the Court modify the briefing schedule, as follows:

1.     That the deadline for Canters to file a response to FreedomPay's Motion to Dismiss is extended up to and including **December 3, 2018**; and

2.     That the deadline for FreedomPay to file a reply in support of FreedomPay's Motion to Dismiss is extended up to and including **December 10, 2018**.

DATED this 21st day of November, 2018

BROWNSTEIN HYATT FARBER
SCHRECK, LLP

By: */s/ Adam K. Bult*
    ADAM K. BULT, ESQ. (SBN: 9332)
    abult@bhfs.com
    TRAVIS F. CHANCE, ESQ. (SBN: 13800)
    tchance@bhfs.com
    100 North City Parkway, Suite 1600
    Las Vegas, Nevada 89106

*Attorneys For Plaintiffs,*
*CANTERS DELI LAS VEGAS, LLC and*
*CANTERS DELI TIVOLI VILLAGE LLC*

DATED this 21st day of November, 2018

GORDON REES SCULLY MANSUKHANI,
LLP

By: */s/ Craig J. Mariam*
    CRAIG J. MARIAM (SBN: 10926)
    cmariam@grsm.com
    LYNNE K. McCHRYSTAL (SBN: 14739)
    lmcchrystal@grsm.com
    300 S. 4th Street, Suite 1550
    Las Vegas, Nevada 89101

*Attorney for Defendant*
*FREEDOMPAY, INC.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: _11/26/2018_____